IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02142-AP

Son C. Wooden,

                  Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

                  Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Alan M. Agee
Alan M. Agee, P.C.
512 S. 8th Street
Colorado Springs, CO 80905
ageealanmpc@qwest.net

For Defendant:
TROY A. EID
United States Attorney

KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

Bonnie Sims
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-7278/Fax: (303) 844-0770
bonnie.sims@ssa.gov

-1-

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** October 25, 2006**.**

**B. Date Complaint Was Served on U.S. Attorney's Office:** October 26, 2006.

**C. Date Answer and Administrative Record Were Filed:** December 26, 2006.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:**    Plaintiff's counsel intends to meet with Plaintiff the week of January 22, 2007, with an interpreter, and should know by January 30, 2007, if the record is complete.
**Defendant states:**  To the best of her knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**    Plaintiff's counsel intends to meet with Plaintiff the week of January 22, 2007, with an interpreter, and should know by January 30, 2007, if the record is complete.
**Defendant states:**  None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**  To the best of his knowledge, this case does not involve unusual claims or defenses.
**Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:**    None anticipated.
**Defendant states:**  None anticipated.

**8. PROPOSED BRIEFING SCHEDULE**

    **A. Plaintiff's Opening Brief Due:**   March 2, 2007
    **B. Defendant's Response Brief Due:**   April 3, 2007
    **C. Plaintiff's Reply Brief (If Any) Due:** April 18, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:** Oral Argument is requested.
    **B. Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 16th day of January, 2007.

    BY THE COURT:

    *S/John L. Kane*
    U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Alan M. Agee
Alan M. Agee
Alan M. Agee, P.C.                          TROY A. EID
512 S. 8th Street                           United States Attorney
Colorado Springs, CO 80905
ageealanmpc@qwest.net                       KURT J. BOHN
                                            Assistant U.S. Attorney
Attorney for Plaintiff                      kurt.bohn@usdoj.gov

                                        By: s/Bonnie E. Sims
                                            Bonnie Sims
                                            Special Assistant U.S. Attorney
                                            1961 Stout Street, Suite 1001A
                                            Denver, Colorado  80294
                                            Telephone:  (303) 844-7278
                                            bonnie.sims@ssa.gov

                                            Attorneys for Defendant.