IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2142-AP**

**SON C. WOODEN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF REMAND

Kane, J.

This matter is before the Court on Plaintiff's Motion for Remand for Administrative Review of Additional Records (doc. #9), filed March 2, 2007. The Court ordered a response to this motion from Defendant, due on or before March 22, 2007. To date, none has been filed. It is, therefore

**ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for administrative review of additional records.

Dated:  April 17, 2007.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT